BATTLE ISLAND. PAPER COMPANY, Respondent, *v.* JESSUP & MOORE PAPER COMPANY, Appellant.

*Battle Island Paper Co.* v. *Jessup & Moore Paper Co.,* 159 App. Div. 937, affirmed.
(Argued October 28, 1915; decided November 23, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 4, 1913, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for goods sold and delivered. The answer alleged a contract between the parties whereby plaintiff agreed to manufacture and deliver for defendant's own consumption 3,000 tons of plaintiff's easy bleach unbleached sulphite fibre (wood pulp for use in

the manufacture of paper), of quality equal to trial cars previously shipped to defendant. This contract was admitted by the plaintiff, and under ruling of the referee the action was tried throughout as an action on contract, and for damages for breach of same.

*Arthur G. Dickson* and *Albert C. Coon* for appellant.

*Giles S. Piper* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.